**UNITED STATES of America,**

v.

**Otto BARBOUR, Appellant.**

No. 01–3523.

United States Court of Appeals, Third Circuit.

Submitted March 29, 2005.

Decided May 25, 2005.

---

Frank R. Costello, Jr., Robert A. Zauzmer, Office of United States Attorney, Philadelphia, PA, for United States of America.

Mark S. Greenberg, Lacheen, Dixon, Wittles & Greenberg, Philadelphia, PA, for Otto Barbour.

Before ALITO, BARRY, and AMBRO, Circuit Judges.

OPINION

BARRY, Circuit Judge.

Appellant Otto Barbour was sentenced as a career offender under U.S.S.G. § 4B1.1 to a term of imprisonment of 235 months following his conviction on drug distribution charges. His conviction and sentence were affirmed by us on appeal, and he thereafter petitioned for a writ of certiorari. On January 24, 2005, the Supreme Court entered an order granting certiorari, vacating the judgment, and remanding the case to this Court for further consideration in light of *United States v. Booker*, 543 U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will remand to the District Court for resentencing in accordance with *Booker*. Appellant raises no challenge to his conviction and we will, again, affirm the judgment of conviction.